EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------------X
MAJ SHANNON L. MCLAUGHLIN; CASEY
MCLAUGHLIN; LTC VICTORIA A. HUDSON;
MONIKA POXON; COL STEWART
BORNHOFT (RET); STEPHEN MCNABB; LT GARY
C. ROSS; DAN SWEZY; CPT STEVE M. HILL;
JOSHUA SNYDER; A1C DANIEL HENDERSON;
JERRET HENDERSON; CW2 CHARLIE MORGAN;
KAREN MORGAN; CAPT JOAN DARRAH (RET);
JACQUELINE KENNEDY,

Index No. 1:11 CV 11905
AFFIDAVIT OF SERVICE

                Plaintiff(s),

      -against-

LEON E. PANETTA, in his official capacity as
Secretary of Defense;
ERIC H. HOLDER, JR., in his official capacity as
Attorney General;
ERIC K. SHINSEKI, in his official capacity as
Secretary of Veterans Affairs;
UNITED STATES OF AMERICA,

                Defendant(s).
-----------------------------------------------------------------------X
DISTRICT OF COLUMBIA ):s.s.:

    MICHAEL JONES, being duly sworn, deposes and says:

    I am not a party to this action, am over the age of eighteen years, and reside in the State of District of Columbia.

    I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Action and Complaint for the above entitled-action to be served upon, UNITED STATES OF AMERICA, defendant herein named.

On the 27th day of October, 2011, at approximately 4:48 p.m. at 950 Pennsylvania Avenue, NW, Washington, District of Columbia, I served true copies of the SUMMONS IN A CIVIL ACTION and COMPLAINT in the above entitled-action, upon UNITED STATES OF AMERICA, defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Steffon Edmonds. At time of service, Mr. Edmonds identified himself as a Mail Clerk for the Attorney General's Office, Department of Justice and as a person authorized to accept service of process for the United States of America.

Mr. Edmonds is an African-American male, approximately 27 years of age, 5'9" tall, 161 lbs, with dark hair and dark eyes.

Sworn to before me this,
31st day of October, 2011

NOTARY PUBLIC

MICHAEL JONES

Michael Molash
Notary Public, District of Columbia
My Commission Expires 7/14/2012