EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------X
MAJ SHANNON L. MCLAUGHLIN; CASEY
MCLAUGHLIN; LTC VICTORIA A. HUDSON;
MONIKA POXON; COL STEWART
BORNHOFT (RET); STEPHEN MCNABB; LT GARY
C. ROSS; DAN SWEZY; CPT STEVE M. HILL;
JOSHUA SNYDER; A1C DANIEL HENDERSON;
JERRET HENDERSON; CW2 CHARLIE MORGAN;
KAREN MORGAN; CAPT JOAN DARRAH (RET);
JACQUELINE KENNEDY,

Index No. 1:11 CV 11905
AFFIDAVIT OF SERVICE

                Plaintiff (s),

  -against-

LEON E. PANETTA, in his official capacity as
Secretary of Defense;
ERIC H. HOLDER, JR., in his official capacity as
Attorney General;
ERIC K. SHINSEKI, in his official capacity as
Secretary of Veterans Affairs;
UNITED STATES OF AMERICA,

                Defendant (s).
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                           :s.s.:
COUNTY OF QUEENS    )

        ROLAND DAVID, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

        On the 28th day of October, 2011, I served true copies of the SUMMONS IN A CIVIL CASE and COMPLAINT, in the above-entitled action, upon UNITED STATES OF AMERICA, by Certified Mail—Receipt (Receipt No. 7002 2410 0003 3655 2734) under

the exclusive care and custody of the United States Postal Service within the State of New York addressed to:

United States of America
United States Attorney's Office
1 Courthouse way
Suite 9200
Boston, MA 02210

Sworn to before me this,
28th day of October, 2011

_____
NOTARY PUBLIC

**EDWIN PATRICK SANTAMARIA**
Notary Public, State of New York
No. 01SA6082013
Qualified in Queens County
Commission Expires July 30, 20 13

ROLAND DAVID
License No.1346079

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 2.00 |
| Certified Fee | 2.85 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.15 |

Postmark Here 10/28/11

Sent To: United States of America c/o US Attorney's Office
Street, Apt. No.; or PO Box No.: 1 Courthouse Way Suite 9200
City, State, ZIP+4: Boston, MA 02210

PS Form 3800, June 2002    See Reverse for Instructions