IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
SHANNON L. MCLAUGHLIN, *et al.*,          )
                                          )
            Plaintiffs,                   )
                                          )
v.                                        )   Civil Action No. 1:11-cv-11905
                                          )   Judge Richard G. Stearns
LEON PANETTA, *et al.*,                   )
                                          )
            Defendants.                   )
_____)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Jean Lin, Senior Trial Counsel, Department of Justice, as counsel for defendants Secretary of Defense, Leon Panetta; Attorney General, Eric Holder; and Secretary of Veterans Affairs, Eric Shinseki.

Dated:  November 22, 2011                 Respectfully Submitted,

                                          TONY WEST
                                          Assistant Attorney General

                                          CARMEN M. ORTIZ
                                          United States Attorney

                                          ARTHUR GOLDBERG
                                          Assistant Deputy Director

                                          /s/ *Jean Lin*
                                          JEAN LIN
                                          Senior Trial Counsel
                                          U.S. Department of Justice
                                          Civil Division
                                          Federal Programs Branch
                                          20 Massachusetts Avenue, NW
                                          Washington, DC 20530
                                          Phone:  (202) 514-3716
                                          Fax:  (202) 616-8470
                                          email:  jean.lin@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on November 22, 2011, I filed the foregoing Notice of Appearance using the CM/ECF system; and that the attorneys for all parties in this case as listed below are registered CM/ECF users:

Ian McClatchey, Esq.
IMcClatchey@Chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112

Abbe David Lowell, Esq.
ADLowell@Chadbourne.com
Christopher D. Man
CMan@Chadbourne.com
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., NW
Washington, DC 20036

John M. Goodman, Esq.
JGoodman@SLDN.org
David McKean
DMcKean@SLDN.org
SERVICEMEMBERS LEGAL DEFENSE NETWORK
Post Office Box 65301
Washington, DC 20035

_____/s/_____
Jean Lin