UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
MAJ SHANNON L. MCLAUGHLIN;           )
CASEY MCLAUGHLIN;                    )
LTC VICTORIA A. HUDSON;              )
MONIKA POXON;                        )
COL STEWART BORNHOFT (RET);          )
STEPHEN MCNABB;                      ) No.1:11-cv-11905-RGS
LT GARY C. ROSS;                     )
DAN SWEZY;                           )
CPT STEVE M. HILL;                   )
JOSHUA SNYDER;                       )
A1C DANIEL HENDERSON;                )
JERRET HENDERSON;                    )
CW2 CHARLIE MORGAN;                  )
KAREN MORGAN;                        )
CAPT JOAN DARRAH (RET);              )
JACQUELINE KENNEDY,                  )
       Plaintiffs,                   )
                                     )
v.                                   )
                                     )
LEON E. PANETTA, in his official capacity as   )
Secretary of Defense;                )
ERIC H. HOLDER, JR., in his official capacity as   )
Attorney General;                    )
ERIC K. SHINSEKI, in his official capacity as   )
Secretary of Veterans Affairs;       )
UNITED STATES OF AMERICA,            )
       Defendants.                   )
_____  )

**CERTIFICATE OF SERVICE**

    I, Ian McClatchey, hereby certify that on this 22nd day of November, I served a true and complete copy of the following documents:

- Motion for Summary Judgment
- Memorandum in Support of Motion for Summary Judgment
- Statement of Material Facts
- Declaration of MAJ Shannon L. McLaughlin
- Declaration of LTC Victoria A. Hudson
- Declaration of COL Stewart Bornhoft
- Declaration of LT Gary C. Ross

CPAM: 4336686.1

- Declaration of CPT Steve M. Hill
- Declaration of AIC Daniel Henderson
- Declaration of CW2 Charlie Morgan
- Declaration of CAPT Joan Darrah (RET)

by placing the aforesaid documents in a properly addressed Federal Express envelope, with shipping charges prepaid, for overnight delivery, upon the following defendants listed below:

Leon E. Panetta,
in his capacity as Secretary of Defense
1400 Defense Pentagon
Washington, DC 20301

Eric H. Holder, Jr.,
in his capacity as Attorney General
950 Pennsylvania Avenue
Washington, DC 20530

Eric K. Shinseki,
in his capacity as Secretary of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420

United States of America
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

/s/ Ian McClatchey
Ian McClatchey, BBO No. 676664
IMcClatchey@Chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5303 (phone)
(646) 710-5303 (fax)