IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
SHANNON L. MCLAUGHLIN, *et al.*,    )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )   Civil Action No. 1:11-cv-11905
                                    )   Judge Richard G. Stearns
LEON PANETTA, *et al.*,             )
                                    )
        Defendants.                 )
_____)

### JOINT MOTION TO STAY CASE FOR SIXTY DAY

The parties, through undersigned counsel, respectfully move this Court to stay this case until April 28, 2012, sixty days from Defendants' current deadline of February 28, 2012 to answer or otherwise respond to the Complaint and to respond to Plaintiffs' motion for summary judgment. In support of this motion, the parties state as follows:

1. On October 27, 2011, Plaintiffs, who are current and former active duty members of the U.S. armed forces and their same-sex spouses, filed this action challenging the constitutionality of Section 3 of the Defense of Marriage Act ("DOMA"), 1 U.S.C. § 7, as applied to Titles 10, 32, and 38 of the United States Code regarding military and veteran benefits. The suit also challenges the constitutionality of the definitional provisions in Titles 10, 32 and 38 of the term "spouse."

2. The United States Attorney for the District of Massachusetts was served on October 31, 2011, and on November 21, 2011, Plaintiffs moved for summary judgment pursuant to Federal Rule of Civil Procedure 56(a).

3. On December 6, 2011, this Court granted Defendants' motion to extend their deadlines for both the answer and opposition to Plaintiffs' motion for summary judgment to February 28, 2012.

4. The parties recognize that this case raises issues that overlap with those raised in *Massachusetts v. HHS*, No. 10-2204, and *Gill v. OPM*, No. 10-2207, which are currently pending before the Court of Appeals. Resolution of those consolidated appeals will significantly impact the resolution of this case.

5. The parties anticipate that the Court of Appeals would be scheduling argument for those appeals soon.

WHEREFORE, the parties respectfully request that this case be stayed until April 28, 2012, sixty (60) days from Defendants' current deadline for their answer and response to Plaintiffs' motion for summary judgment.

Dated:  February 14, 2012                                    Respectfully Submitted,

**Counsel for Defendants**

TONY WEST
Assistant Attorney General

CARMEN M. ORTIZ
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

/s/  *Jean Lin*
JEAN LIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Phone:  (202) 514-3716
Fax:  (202) 616-8470
email:  jean.lin@usdoj.gov

        **Counsel for Plaintiffs**

        IAN MCCLATCHEY
        IMcClatchey@Chadbourne.com
        CHADBOURNE & PARKE LLP
        30 Rockefeller Plaza
        New York, NY 10112

        JOHN M. GOODMAN, Esq.
        JGoodman@SLDN.org
        DAVID MCKEAN
        DMcKean@SLDN.org
        SERVICEMEMBERS LEGAL DEFENSE
        NETWORK
        Post Office Box 65301
        Washington, DC 20035


        /s/ *Christopher D. Man*
        ABBE DAVID LOWELL
        ADLowell@Chadbourne.com
        CHRISTOPHER D. MAN
        CMan@Chadbourne.com
        CHADBOURNE & PARKE LLP
        1200 New Hampshire Ave., NW
        Washington, DC 20036


## Local Rule 7.1 Certificate

Pursuant to Local Rule 7.1(a)(2), undersigned counsel has conferred with counsel for Plaintiffs, Mr. Christopher Man, regarding this motion. Mr. Man indicated that Plaintiffs join in this request for a stay.

                            /s/ *Jean Lin*
                            JEAN LIN

## CERTIFICATE OF SERVICE

I certify that on February 14, 2012, I filed the foregoing Joint Motion to Stay Case for Sixty Days using the CM/ECF system, that a copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that the attorneys for all parties in this case as listed below are registered CM/ECF participants:

Ian McClatchey, Esq.
IMcClatchey@Chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112

Abbe David Lowell, Esq.
ADLowell@Chadbourne.com
Christopher D. Man
CMan@Chadbourne.com
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., NW
Washington, DC 20036

John M. Goodman, Esq.
JGoodman@SLDN.org
David McKean
DMcKean@SLDN.org
SERVICEMEMBERS LEGAL DEFENSE NETWORK
Post Office Box 65301
Washington, DC 20035

/s/ *Jean Lin*
JEAN LIN