IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SHANNON L. MCLAUGHLIN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LEON PANETTA, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:11-cv-11905 <br> Judge Richard G. Stearns |

**CONSENT MOTION TO CONTINUE OBLIGATIONS
TO ANSWER THE COMPLAINT AND
TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants Leon Panetta, Secretary of Defense, Eric Holder, Attorney General, and Eric Shinseki, Secretary of Veterans Affairs, and the United States of America, by and through undersigned counsel, respectfully move this Court to continue the obligations to answer the Complaint and to respond to Plaintiffs' motion for summary judgment to twenty-one (21) days after the Court of Appeals issues a decision in the consolidated appeals of *Massachusetts v. HHS*, No. 10-2204, and *Gill v. OPM*, No. 10-2207. Plaintiffs consent to this motion. In support of this motion, Defendants state as follows:

1. On October 27, 2011, Plaintiffs, who are current and former active duty members of the U.S. armed forces and their same-sex spouses, filed this action challenging the constitutionality of Section 3 of the Defense of Marriage Act, 1 U.S.C. § 7, as applied to Titles 10, 32, and 38 of the United States Code regarding military and veteran benefits. The suit also challenges the constitutionality of the definitional provisions in Titles 10, 32 and 38 of the term "spouse." The Complaint raises equal protection, Tenth Amendment, substantive due process, and Bill of Attainder claims.

2. On October 31, 2011, the United States Attorney for the District of Massachusetts was served, and on November 21, 2011, Plaintiffs moved for summary judgment pursuant to Federal Rule of Civil Procedure 56(a).

3. On December 6, 2011, this Court granted Defendants' motion to extend their deadlines for both the answer and opposition to Plaintiffs' motion for summary judgment to February 28, 2012.

4. On February 15, 2012, this Court further granted the parties' joint motion to stay the case until April 28, 2012. The parties had requested the stay on the basis that this case raises issues that overlap with those raised in *Massachusetts v. HHS* and *Gill v. OPM*, and that resolution of those consolidated appeals will significantly impact the resolution of this case.

5. On February 21, 2012, Defendants notified this Court and the parties that the Department of Justice will not defend the constitutionality of Section 3 of the Defense of Marriage Act ("DOMA"), 1 U.S.C. § 7, and Sections 101(3) and 101(31) of Title 38 of the United States Code under the equal protection component of the Due Process Clause of the Fifth Amendment. Defendants further informed the Court that the Attorney General had informed Members of Congress of that decision pursuant to 28 U.S.C. § 530D(a)(1)(B)(ii), so that Members who wish to defend equal protection challenges to Section 3 of DOMA and 38 U.S.C. §§ 101(3) and (31) may pursue that option.

6. On April 4, 2012, the Court of Appeals heard argument in *Massachusetts v. HHS* and *Gill v. OPM*. The parties are hopeful that the Court of Appeals will decide those consolidated appeals expeditiously.

7. Because the Court of Appeals' decision in *Massachusetts v. HHS* and *Gill v. OPM* will impact the resolution of this case, including Defendants' defense of the non-equal protection

claims, Defendants respectfully request that this Court continue any obligation to answer the Complaint and to respond to Plaintiffs' motion for summary judgment until twenty-one (21) days after the Court of Appeals issues a decision in *Massachusetts v. HHS* and *Gill v. OPM*.

WHEREFORE, Defendants respectfully request that this Court continue the obligations to answer the Complaint and to respond to Plaintiffs' motion for summary judgment until twenty-one (21) days after the Court of Appeals issues a decision in the consolidated appeals of *Massachusetts v. HHS* and *Gill v. OPM*.

Dated:   April 20, 2012                                      Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

CARMEN M. ORTIZ
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

/s/  *Jean Lin*
JEAN LIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Phone:  (202) 514-3716
Fax:  (202) 616-8470
email:  jean.lin@usdoj.gov

## **Local Rule 7.1 Certificate**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel has conferred with counsel for Plaintiffs, Mr. Christopher Man, regarding this motion. Mr. Man indicated that Plaintiffs consent to Defendants' motion to continue.

/s/ *Jean Lin*
JEAN LIN

**CERTIFICATE OF SERVICE**

      I certify that on April 20, 2012, a true copy of the foregoing Consent Motion to Continue Obligations to Answer the Complaint and to Respond to Plaintiffs' Motion for Summary Judgment was served upon following attorney of record for each other party through the Court's Electronic Case Filing system:

Ian McClatchey, Esq.
IMcClatchey@Chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112

Abbe David Lowell, Esq.
ADLowell@Chadbourne.com
Christopher D. Man
CMan@Chadbourne.com
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., NW
Washington, DC 20036

John M. Goodman, Esq.
JGoodman@SLDN.org
David McKean
DMcKean@SLDN.org
SERVICEMEMBERS LEGAL DEFENSE NETWORK
Post Office Box 65301
Washington, DC 20035

                                            /s/ *Jean Lin*
                                            JEAN LIN