IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHANNON L. MCLAUGHLIN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:11-cv-11905 |
| LEON PANETTA, et al., | ) ) ) | |
| Defendants. | ) ) | |

**MOTION OF THE BIPARTISAN LEGAL ADVISORY GROUP OF THE
U.S. HOUSE OF REPRESENTATIVES FOR LEAVE TO INTERVENE**

In this case, plaintiffs assert that four separate statutes – Section 3 of the Defense of Marriage Act, Pub. L. No. 104-199, § III, 110 Stat. 2419 (1996) ("DOMA"), codified at 1 U.S.C. § 7; 10 U.S.C. § 101(f)(5); 32 U.S.C. § 101(18); and 38 U.S.C. § 101(3) & (31) – each are constitutionally deficient in four respects: the statutes, plaintiffs say, are unconstitutional under both the equal protection and substantive due process components of the Fifth Amendment's Due Process Clause, violate the Tenth Amendment, and constitute impermissible Bills of Attainder.

Pursuant to Rules 24(a), (b) of the Federal Rules of Civil Procedure, and 28 U.S.C. §§ 530D(b)(2) and 2403, and for the reasons set forth in the accompanying Memorandum of Points and Authorities, the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") respectfully moves for leave to intervene as a party defendant in this matter for the purpose of defending two of those statutes – DOMA Section 3 and 38 U.S.C. § 101(3) & (31) – against plaintiffs' claims that these statutes violate the equal protection and substantive due

process components of the Fifth Amendment (including for the purpose of litigating related jurisdictional issues, if any).[1]

The House understands that defendants Leon E. Panetta, the Secretary of Defense; Eric H. Holder, Jr., the Attorney General; Eric K. Shinseki, the Secretary of Veterans Affairs; and the United States (collectively, "Executive Branch Defendants") – defended by the Department of Justice ("Department") – will defend 10 U.S.C. § 101(f)(5) and 32 U.S.C. § 101(18) against all four of plaintiffs' constitutional challenges to those statutes.

The House also understands that the Department will defend DOMA Section 3 and 38 U.S.C. § 101(3) & (31) against plaintiffs' claims that those statutes violate the Tenth Amendment and constitute impermissible Bills of Attainder.

In compliance with Rule 24(c) of the Federal Rules of Civil Procedure, the Answer and Defenses of the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Plaintiffs' Complaint for Declaratory, Injunctive and Other Relief, which sets out "the claim or defense for which intervention is sought," is attached hereto as Exhibit 3.

A proposed Order is submitted herewith and oral argument is not requested.

---

[1] The House of Representatives has articulated its institutional position in litigation matters through a five-member bipartisan leadership group since at least the early 1980's (although the formulation of the group's name has changed somewhat over time). Since 1993, the House rules have formally acknowledged and referred to the Bipartisan Legal Advisory Group, as such, in connection with its function of providing direction to the Office of General Counsel. *See, e.g.*, Rule I.11, Rules of the House of Representatives, 103d Cong. (1993), attached as Exhibit 1; Rule II.8, Rules of the House of Representatives, 112th Cong. (2011), attached as Exhibit 2. While the group seeks consensus whenever possible, it functions on a majoritarian basis, like the institution it represents, when consensus cannot be achieved. The Group currently is comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip. The Democratic Leader and Democratic Whip decline to support the filing of this motion.

**LOCAL RULE 7.1(A)(2) STATEMENT**

On March 1, 2012, counsel for the House conferred with Jean Lin, Senior Trial Counsel with the Department, who advised that the Executive Branch Defendants do not oppose this motion to intervene for purposes of presenting arguments in support of the constitutionality of DOMA Section 3 and 38 U.S.C. § 101 (3) & (31), but that the Department will be filing a response to explain its position.

On March 7, 2012, counsel for the House conferred with Christopher Man, counsel for plaintiffs, who advised that his clients oppose this motion.

Respectfully submitted,

Paul D. Clement, Esq.
*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci, Esq.
Conor B. Dugan, Esq.
Nicholas Nelson, Esq.

BANCROFT PLLC[2]
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
(202) 234-0090 (phone)
(202) 234-2806 (fax)
cbartolomucci@bancroftpllc.com

*Counsel for Proposed Intervenor the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

---

[2] Bancroft PLLC has been "specially retained by the Office of General Counsel" to litigate the constitutionality of Section 3 of DOMA on behalf of the House. Its attorneys are, therefore, "entitled, for the purpose of performing [that] function[], to enter an appearance in any proceeding before any court of the United States . . . without compliance with any requirement for admission to practice before such court . . . ." 2 U.S.C. § 130f(a).

*Of Counsel*

Kerry W. Kircher, General Counsel
William Pittard, Deputy General Counsel
Christine Davenport, Senior Assistant Counsel
Kirsten W. Konar, Assistant Counsel
Todd B. Tatelman, Assistant Counsel
Mary Beth Walker, Assistant Counsel

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (phone)
(202) 226-1360 (fax)

May 1, 2012

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2012, I electronically filed the foregoing Motion of the Bipartisan Legal Advisory Group of the U.S. House of Representatives for Leave to Intervene with the Clerk of the Court for the U.S. District Court for Massachusetts using the appellate CM/ECF system.  I further certify that all parties in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

                                        */s/ Kerry W. Kircher*
                                        Kerry W. Kircher