# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTES**

_____
                                              )
SHANNON L. MCLAUGHLIN, et al.,                )
                                              )
                        Plaintiffs,           )
                                              )
            v.                                )        No. 1:11-cv-11905
                                              )
LEON PANETTA, et al.,                         )
                                              )
                        Defendants.           )
_____)

**ANSWER AND DEFENSES OF THE BIPARTISAN LEGAL
ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES**

Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of

Representatives ("House"), through counsel, respectfully answers Plaintiffs' Complaint for

Declaratory, Injunctive and Other Relief (Oct. 27, 2011) (ECF No. 1) ("Complaint"), as follows:

The House responds to the individual numbered Paragraphs of the Complaint as follows:

1.    Paragraph 1 characterizes Plaintiffs' lawsuit and does not require a response.

2.    Paragraph 2 characterizes Plaintiffs' lawsuit and does not require a response.

3.    Paragraph 3 characterizes Plaintiffs' lawsuit and does not require a response.

4.    Paragraph 4 characterizes Plaintiffs' lawsuit and does not require a response.

5.    Paragraph 5 characterizes Plaintiffs' lawsuit and does not require a response.

6.    Paragraph 6 characterizes Plaintiffs' lawsuit and does not require a response.  To the

      extent this Paragraph characterizes a document, that document speaks for itself.

7.    Paragraph 7 characterizes a court decision, which speaks for itself.

8.    Paragraph 8 characterizes Plaintiffs' lawsuit and does not require a response.  To the

      extent this Paragraph characterizes a document, that document speaks for itself.

9.   Paragraph 9 characterizes Plaintiffs' lawsuit and does not require a response.  To the
extent this Paragraph characterizes a document, that document speaks for itself.

10.  Paragraph 10 characterizes Plaintiffs' lawsuit and does not require a response.  To the
extent a response is required, the House is without knowledge or information
sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 10,
and therefore denies them.

11.  Paragraph 11 characterizes Plaintiffs' lawsuit and does not require a response.

12.  The first sentence in Paragraph 12 purports to state a legal conclusion to which no
response is required.  The second sentence of this Paragraph characterizes a statute,
which statute speaks for itself.

13.  Paragraph 13 purports to state legal conclusions to which no response is required.

14.  Paragraph 14 purports to state legal conclusions to which no response is required.  To
the extent this Paragraph characterizes statutes, the statute speak for themselves.

15.  Paragraph 15 purports to state legal conclusions as to which no response is required.
To the extent this Paragraph characterizes statutes, the statute speak for themselves.

16.  The House is without knowledge or information sufficient to form a belief as to the
truth or falsity of the allegations in the first sentence of Paragraph 16, and therefore
denies them.  The second sentence of Paragraph 16 characterizes Plaintiffs' lawsuit
and does not require a response.  To the extent this Paragraph purports to state legal
conclusions, no response is required.

17.  The first sentence of Paragraph 17 characterizes' Plaintiffs' predictions about the
course of this litigation and does not require a response.  To the extent this Paragraph
purports to state legal conclusions, no response is required.  To the extent the

Paragraph incorporates Paragraph 7 of the Complaint, the House incorporates its response to Paragraph 7 herein.

18. Paragraph 18 characterizes a document, which document speaks for itself.

19. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations Paragraph 19, and therefore denies them.  To the extent this Paragraph characterizes a document, that document speaks for itself.

20. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 20, and therefore denies them.  To the extent this Paragraph characterizes Plaintiffs' predictions regarding the course of this litigation, no response is required.  To the extent this Paragraph characterizes a document, that document speaks for itself.

21. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 21, and therefore denies them.  To the extent this Paragraph characterizes Plaintiffs' predictions regarding the course of this litigation, no response is required.

22. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 22, and therefore denies them.  To the extent this Paragraph characterizes Plaintiffs' predictions regarding the course of this litigation, no response is required.  To the extent this Paragraph characterizes a document, that document speaks for itself.

23. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 23, and therefore denies them.  To the extent this Paragraph characterizes a document, that document speaks for itself.  To the extent this Paragraph purports to state legal conclusions, no response is required.

To the extent this Paragraph characterizes Plaintiffs' predictions regarding the course of this litigation, no response is required.

24.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 24, and therefore denies them.  To the extent this Paragraph characterizes documents, the documents speaks for themselves. To the extent this Paragraph purports to state legal conclusions, no response is required.

25.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 25, and therefore denies them.  To the extent this Paragraph characterizes documents, the documents speaks for themselves. To the extent this Paragraph purports to state legal conclusions, no response is required.

26.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 26, and therefore denies them.  To the extent this Paragraph characterizes documents, the documents speaks for themselves.

27.  Paragraph 27 is a jurisdictional statement to which no response is required.

28.  Paragraph 28 is a jurisdictional statement to which no response is required.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this Paragraph concerning the residence of Plaintiffs Shannon and Casey McLaughlin and whether certain events occurred in this district, and therefore denies those allegations.

29.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 29, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

30.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 30, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

31.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

32.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 32, and therefore denies them.

33.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 33, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

34.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

35.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

36.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 36, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

37.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 37, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

38.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 38, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

39.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 39, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

40.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 40, and therefore denies them.

41.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 41, and therefore denies them.

42.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 42, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

43.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 43, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

44.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 44, and therefore denies them.

45.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 45, and therefore denies them.

46.   The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 46, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

47.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 47, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.  The House admits that Leonard Matlovich was a Vietnam veteran who was discharged from the armed forces after he informed his superiors that he was homosexual in an attempt to frame a legal challenge, which he later settled.

48.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 48, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

49.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 49, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

50.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 50, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

51.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 51, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

52.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 52, and therefore denies them.

53.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 53, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

54. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 54, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

55. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 55, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

56. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 56, and therefore denies them.

57. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 57, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.  To the extent this Paragraph characterizes a document, the document speaks for itself.

58. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 58, and therefore denies them.

59. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 59, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

60. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 60, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

61. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 61, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

62. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 62, and therefore denies them. To the extent this Paragraph purports to state legal conclusions, no response is required.

63. The House admits the allegations in the first sentence of Paragraph 63. The second sentence of this Paragraph purports to state a legal conclusion to which no response is required. The third sentence of this Paragraph characterizes Plaintiffs' lawsuit and does not require a response.

64. The House admits the allegations in the first sentence of Paragraph 64. The second sentence of this Paragraph purports to state a legal conclusion to which no response is required. The third sentence of this Paragraph characterizes Plaintiffs' lawsuit and does not require a response.

65. The House admits the allegations in the first sentence of Paragraph 65. The second sentence of this Paragraph purports to state a legal conclusion to which no response is required. The third sentence of this Paragraph characterizes Plaintiffs' lawsuit and does not require a response.

66. Paragraph 66 characterizes Plaintiffs' reasons for suing the United States and/or characterizes Plaintiffs' lawsuit and does not require a response.

67. The House admits the allegations in the fifth sentence of Paragraph 67. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this Paragraph, and therefore denies them. To the extent this Paragraph alleges unverifiable opinion and/or policy preferences, no response is required. To the extent this Paragraph purports to state legal conclusions and/or characterizes Plaintiffs' lawsuit, no response is required.

68. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 68, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions and/or characterizes Plaintiffs' lawsuit, no response is required.

69. Paragraph 69 characterizes a statute, which statute speaks for itself.

70. The House denies the allegations in the first sentence of Paragraph 70.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the second sentence of Paragraph 70, and therefore denies them.

71. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegation in Paragraph 71 that "the Act existed in a vacuum," and therefore denies that allegation.  The House admits the remaining allegations in Paragraph 71.

72. Paragraph 72 purports to state legal conclusions and matters of unverifiable opinion or policy preferences to which no response is required.

73.  Paragraph 73 purports to state legal conclusions to which no response is required.

74. Paragraph 74 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes a document, the document speaks for itself.

75. Paragraph 75 purports to state legal conclusions to which no response is required.

76. Paragraph 76 purports to state legal conclusions to which no response is required.  To the extent a response may be required, the House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 76, and therefore denies them.

77. Paragraph 77 purports to state legal conclusions to which no response is required.

78.   The House admits the allegations in the first sentence of Paragraph 78.  The remaining allegations in Paragraph 78 purports to state legal conclusions to which no response is required, and /or characterize a document, which document speaks for itself.

79.   Paragraph 79 purports to state legal conclusions to which no response is required.

80.   Paragraph 80 purports to state legal conclusions to which no response is required, and/or characterizes a document, which document speaks for itself.

81.   Paragraph 81 purports to state legal conclusions to which no response is required.

82.   Paragraph 82 purports to state legal conclusions to which no response is required.

83.   Paragraph 83 purports to state legal conclusions to which no response is required.

84.   The House admits the allegations in the first and second sentences of Paragraph 84. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this Paragraph, and therefore denies them.  To the extent this Paragraph purports to state legal conclusions, no response is required.

85.   As to Paragraph 85, the House reasserts the responses stated above to Paragraphs 1-84.

86.   Paragraph 86 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

87.   The first two sentences of Paragraph 87 purport to state legal conclusions to which no response is required, and characterize statutes, which statutes speak for themselves. The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the third sentence of this Paragraph, and therefore denies them.

88. Paragraph 88 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

89. As to Paragraph 89, the House reasserts the responses stated above to Paragraphs 1-84.

90. Paragraph 90 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

91. Paragraph 91 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

92. Paragraph 92 purports to state legal conclusions to which no response is required.  The House specifically denies that Congress may not define the words "marriage" and "spouse," or similar terms, for purposes of federal law.  To the extent this Paragraph purports to state legal conclusions, no response is required.  To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

93. The House denies the allegations in Paragraph 93.  To the extent this Paragraph purports to state legal conclusions, no response is required.  To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

94. Paragraph 94 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

95. Paragraph 95 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

96.  Paragraph 96 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

97.  As to Paragraph 97, the House reasserts the responses stated above to Paragraphs 1-84.

98.  Paragraph 98 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

99.  Paragraph 99 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

100. As to Paragraph 100, the House reasserts the responses stated above to Paragraphs 1-84.

101. Paragraph 101 characterizes provisions of the Constitution, which provisions speak for themselves.

102. Paragraph 102 purports to state legal conclusions to which no response is required.  To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

103. Paragraph 103 purports to state legal conclusions to which no response is required.  The House specifically denies that the Defense of Marriage Act, Pub. L. No. 104-199, 110 Stat. 2419 (1996) ("DOMA"), is punitive.  To the extent this Paragraph characterizes statutes and/or provisions of the Constitution, those statutes and provisions speak for themselves.

104. Paragraph 104 purports to state legal conclusions as to which no response is required.  To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

105. As to Paragraph 105, the House reasserts the responses stated above to Paragraphs 1-84.

106.  Paragraph 106 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

107.  The first two sentences of Paragraph 107 purport to state legal conclusions to which no response is required, and characterize statutes, which statutes speak for themselves.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the third sentence of this Paragraph, and therefore denies them.

108.  Paragraph 108 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

109.  As to Paragraph 109, the House reasserts the responses stated above to Paragraphs 1-84.

110.  Paragraph 110 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

111.  Paragraph 111 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

112.  Paragraph 112 purports to state legal conclusions to which no response is required. The House specifically denies that Congress may not define the words "marriage" and "spouse," or similar terms, for purposes of federal law.  To the extent this Paragraph purports to state legal conclusions, no response is required.  To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

113.   The House denies the allegations in Paragraph 113.  To the extent this Paragraph purports to state legal conclusions, no response is required.  To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

114.   Paragraph 114 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

115.   Paragraph 115 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

116.   Paragraph 116 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

117.   As to Paragraph 117, the House reasserts the responses stated above to Paragraphs 1-84.

118.   Paragraph 118 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

119.   Paragraph 119 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

120.   As to Paragraph 120, the House reasserts the responses stated above to Paragraphs 1-84.

121.   Paragraph 121 characterizes provisions of the Constitution, which provisions speak for themselves.

122.   Paragraph 122 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

123.   Paragraph 123 purports to state legal conclusions to which no response is required. The House specifically denies that DOMA is punitive.  To the extent this Paragraph

characterizes statutes and/or provisions of the Constitution, those statutes and provisions speak for themselves.

124. Paragraph 124 purports to state legal conclusions as to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

125. As to Paragraph 125, the House reasserts the responses stated above to Paragraphs 1-84.

126. Paragraph 126 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

127. The first two sentences of Paragraph 127 purport to state legal conclusions to which no response is required, and characterize statutes, which statutes speak for themselves.  The House is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the third sentence of this Paragraph, and therefore denies them.

128. Paragraph 128 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

129. As to Paragraph 129, the House reasserts the responses stated above to Paragraphs 1-84.

130. Paragraph 130 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

131. Paragraph 131 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

132. Paragraph 132 purports to state legal conclusions to which no response is required. The House specifically denies that Congress may not define the words "marriage" and "spouse," or similar terms, for purposes of federal law. To the extent this Paragraph purports to state legal conclusions, no response is required. To the extent this Paragraph characterizes provisions of the Constitution, those provisions speak for themselves.

133. The House denies the allegations in Paragraph 133. To the extent this Paragraph purports to state legal conclusions, no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

134. Paragraph 134 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

135. Paragraph 135 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

136. Paragraph 136 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

137. As to Paragraph 137, the House reasserts the responses stated above to Paragraphs 1-84.

138. Paragraph 138 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

139. Paragraph 139 purports to state legal conclusions to which no response is required. To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

140. As to Paragraph 140, the House reasserts the responses stated above to Paragraphs 1-84.

141.   Paragraph 141 characterizes provisions of the Constitution, which provisions speak

for themselves.

142.   Paragraph 142 purports to state legal conclusions to which no response is required.

To the extent this Paragraph characterizes provisions of the Constitution, those

provisions speak for themselves.

143.   Paragraph 143 purports to state legal conclusions to which no response is required.

The House specifically denies that DOMA is punitive.  To the extent this Paragraph

characterizes statutes and/or provisions of the Constitution, those statutes and

provisions speak for themselves.

144.   Paragraph 144 purports to state legal conclusions as to which no response is required.

To the extent this Paragraph characterizes statutes, the statutes speak for themselves.

To any extent to which the House has not responded to an allegation of the Complaint, or

has not affirmatively admitted an allegation of the Complaint, the House denies that allegation.

### First Defense

Plaintiffs' Complaint fails to state a claim on which relief may be granted.

### Second Defense

Section 101(3) & (31) of Title 38 of the United States Code is consistent with, and does

not violate, the equal protection and substantive due process components of the Due Process

Clause of the Fifth Amendment of the U.S. Constitution – or any other provision of the U.S.

Constitution.

### Third Defense

Section 3 of DOMA is consistent with, and does not violate, the equal protection or

substantive due process components of the Due Process Clause of the Fifth Amendment of the

U.S. Constitution – or any other provision of the U.S. Constitution.

<u>Fourth Defense</u>

Certain Plaintiffs lack standing to bring certain of their claims.

<u>Fifth Defense</u>

Certain of Plaintiffs' claims are not ripe.

<u>Sixth Defense</u>

Certain of Plaintiffs' claims are barred by laches, estoppel, and/or applicable statutes of limitation.

<u>Seventh Defense</u>

The House is not liable for any party's costs or attorneys' fees.

\* \* \*

The House reserves the right to assert additional defenses as the House becomes aware of those defenses.

\* \* \*

WHEREFORE, having fully answered and responded to the allegations of the Complaint, the House respectfully requests that this Court enter judgment in its favor, upholding Section 101 of Title 38 and DOMA Section 3 against any and all constitutional challenges.

Respectfully submitted,

Paul D. Clement, Esq.
*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci, Esq.
Conor B. Dugan, Esq.
Nicholas J. Nelson, Esq.

BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
(202) 234-0090 (phone)
(202) 234-2806 (fax)

*Counsel for Proposed-Intervenor Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

*Of Counsel*

Kerry W. Kircher, General Counsel
William Pittard, Deputy General Counsel
Christine Davenport, Senior Assistant Counsel
Kirsten W. Konar, Assistant Counsel
Todd B. Tatelman, Assistant Counsel
Mary Beth Walker, Assistant Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (phone)
(202) 226-1360 (fax)

May 1, 2012