**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SHANNON L. MCLAUGHLIN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:11-cv-11905 |
| ) | |
| LEON PANETTA, et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF the Motion of the Bipartisan Legal Advisory Group of the U.S. House of Representatives for Leave to Intervene ("Motion"), the opposition(s), if any, and the entire record herein, it is by the Court this ___ day of _____, 2012,

ORDERED

That the Motion is GRANTED for all the reasons stated in the Memorandum of Points and Authorities filed in support of the Motion.  It is FURTHER ORDERED

That the Bipartisan Legal Advisory Group of the U.S. House of Representatives be and hereby is granted leave to intervene as a party defendant for all purposes.

_____
THE HONORABLE RICHARD G. STEARNS
U.S. DISTRICT JUDGE