Exhibit D





Advertise on Twitpic



### Embed this Photo

Copy & paste this code into your website

```
<a href="http://twitpic.com/47xhc2" title="#DOMA vote no surprise-Hoyer &amp; I NO Boehner, Cantor, McCa... on Twitpic"><img
```



**#DOMA** vote no surprise-Hoyer & I NO Boehner, Cantor, McCarthy YES. House to spend $ defending indefensible law.    1,663   425 days ago

**Tags**
#doma

## 1 Comment

**Realtime comments disabled**





©2012 Twitpic Inc, All Rights Reserved

Home  FAQ  Contact  API  Advertise  Terms  Privacy