Exhibit D

Get the official **Twitpic for iPhone** app

Login or Register

### Nancy Pelosi
**@NancyPelosi**
Democratic Leader, focused on strengthening America's middle class and creating jobs; mother, grandmother, dark chocolate connoisseur.







**#DOMA** vote no surprise-Hoyer & I NO Boehner, Cantor, McCarthy YES. House to spend $ defending indefensible law.

👁 1,663   425 days ago



Advertise on Twitpic

| 139 | 0 |
|---|---|
| Tweet | Like |

0

**Embed this Photo**
Copy & paste this code into your website

`<a href="http://twitpic.com/47xhc2" title="#DOMA vote no surprise-Hoyer &amp; I NO Boehner, Cantor, McCa... on Twitpic"><img`

**Tags**
#doma



## 1 Comment

**Realtime comments disabled**

**sajhand**  425 days ago

What about the jobs the gop bitched about in the last congress?

©2012 Twitpic Inc, All Rights Reserved

Home  FAQ  Contact  API  Advertise  Terms  Privacy