UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAJ SHANNON L. MCLAUGHLIN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:11-cv-11905-RGS |
| | ) |
| LEON E. PANETTA, in his official capacity as Secretary of Defense; et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF THE DEATH OF PLAINTIFF CHIEF WARRANT OFFICER CHARLIE MORGAN**

It is with sadness that Plaintiffs notify the Court that Plaintiff Chief Warrant Officer Charlie Morgan has died.  As the Plaintiffs previously advised the Court, Chief Warrant Officer Morgan was diagnosed with Stage IV (end stage) cancer in November 2011.  (Dkt. 22 ¶ 9.) Chief Warrant Officer Morgan survived longer than her doctors anticipated, which she credited with a desire to live long enough to see the Defense of Marriage Act ("DOMA") overturned so that she could die at peace, knowing her family would be provided for in her absence.  Andrea Stone, Soldier's Last Wish:  Let DOMA Die Before I Do, Washington Post (Nov. 22, 2012). Unfortunately, Chief Warrant Officer Morgan succumbed to the cancer and died this past Sunday, February 10, 2013, before the Supreme Court could render its decision on the constitutionality of DOMA.

Pursuant to Federal Rule of Civil Procedure 25(a)(2), this action continues among the remaining parties.  In particular, Karen Morgan, Chief Warrant Officer Morgan's spouse, remains a Plaintiff in this proceeding.  Because of DOMA, Karen Morgan is denied the survivor benefits that she needs to support herself and her young daughter, and a live case or controversy continues to exist.  As Karen Morgan is an existing plaintiff and is the rightful beneficiary of the

survivor benefits Chief Warrant Officer Morgan earned through her service to the military, there will be no need to substitute a party for Chief Warrant Officer Morgan pursuant to Rule 25(a)(1).

/s/ Ian McClatchey
Ian McClatchey, BBO No. 676664
IMcClatchey@Chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5303 (phone)
(646) 710-5303 (fax)

/s/ John M. Goodman
John M. Goodman
JGoodman@SLDN.org
David McKean
DMcKean@SLDN.org
OUTSERVE-SLDN INC.
Post Office Box 65301
Washington, DC 20035
(202) 621-5401 (phone)
(202) 797-1635 (fax)

/s/ Abbe David Lowell
Abbe David Lowell
ADLowell@Chadbourne.com
Christopher D. Man
CMan@Chadbourne.com
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., NW
Washington, DC 20036
(202) 974-5600 (phone)
(202) 974-5602 (fax)

Counsel for Plaintiffs

Dated:  February 12, 2013

CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2013, the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send electronic notice of such filing to all participants in the case.


   /s/  Christopher D. Man
Christopher D. Man