## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

MAJ SHANNON L. MCLAUGHLIN, et al.     )

              )

     Plaintiffs,               )

              )

     v.               )  No. 1:11-cv-11905-RGS

              )

CHUCK HAGEL, in his official capacity as    )

Secretary of Defense;  et al.,        )

              )

     Defendants.            )

_____  )

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF PLAINTIFFS' APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiffs filed a motion for attorneys' fees (Dkt. 56) and the government has filed an opposition (Dkt. 59) that raises numerous issues that Plaintiffs believe warrants a response.  In accordance with Local Rule 7.1(b)(3), Plaintiffs seek leave to file the attached Reply Brief.  (Ex. A.)  The government consents to this Motion.

Respectfully submitted,

/s/ Ian McClatchey

Ian McClatchey, BBO No. 676664
IMcClatchey@Chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5303 (phone)
(646) 710-5303 (fax)

/s/ John M. Goodman

John M. Goodman
JGoodman@SLDN.org
David McKean
DMcKean@SLDN.org
SERVICEMEMBERS LEGAL DEFENSE NETWORK
Post Office Box 65301
Washington, DC 20035
(202) 621-5401 (phone)
(202) 797-1635 (fax)

/s/ Abbe David Lowell
Abbe David Lowell
ADLowell@Chadbourne.com
Christopher D. Man
CMan@Chadbourne.com
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., NW
Washington, DC 20036
(202) 974-5600 (phone)
(202) 974-5602 (fax)
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on December 16, 2013, the foregoing was filed with the Clerk of the

Court using the Court's CM/ECF system, which will send electronic notice of such filing to all

participants in the case.

 /s/ Christopher D. Man
Christopher D. Man