# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
MAJ SHANNON L. MCLAUGHLIN, et al.   )
                                    )
    Plaintiffs,                    )
                                    )
    v.                             )   No. 1:11-cv-11905-RGS
                                    )
CHUCK HAGEL, in his official capacity as )
Secretary of Defense; et al.,       )
                                    )
    Defendants.                    )
_____)

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs in the above-named matter appeal to the United States Court of Appeals for the First Circuit from the Court's December 17, 2013 Memorandum and Order Denying Plaintiffs' Application for an Award of Attorney's Fees and Costs (Dkt. 63).

                Respectfully submitted,

Date:  January 9, 2014           /s/ Christopher D. Man
                                     Abbe David Lowell, Bar No. 1144695
                                     ADLowell@Chadbourne.com
                                     Christopher D. Man, Bar No. 1151675
                                     CMan@Chadbourne.com
                                     CHADBOURNE & PARKE LLP
                                     1200 New Hampshire Ave., NW
                                     Washington, DC 20036
                                     (202) 974-5600 (phone)
                                     (202) 974-5602 (fax)

                                     Counsel for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that, on January 9, 2014, the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send electronic notice of such filing to all participants in the case.

      /s/ Christopher D. Man
Christopher D. Man